## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Lafayette Home Improvements, LLC dba Southside Roofing** |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-3526393** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**Principal place of business**

**1214  Rue Du Belier**
**Lafayette, LA 70506**
Number, Street, City, State & ZIP Code

**Lafayette**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

**7.**    **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    __8160__

**8.**    **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**    **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

---

**◼ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

23-50721 - #1  File 10/06/23  Enter 10/06/23 14:29:02  Main Document   Pg 3 of 42

☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion

☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion

☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 6, 2023**
       MM / DD / YYYY

**X** **/s/ Billy G. Savely, Sr.**                  **Billy G. Savely, Sr.**
   Signature of authorized representative of debtor          Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ H. Kent Aguillard**             Date   **October 6, 2023**
   Signature of attorney for debtor                     MM / DD / YYYY

**H. Kent Aguillard 02354**
Printed name

**H. Kent Aguillard**
Firm name

**141 South 6th Street**
**Eunice, LA 70535**
Number, Street, City, State & ZIP Code

Contact phone   **337-457-9331**      Email address   **kent@aguillardlaw.com**

**02354 LA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Lafayette Home Improvements, LLC dba Southside Roofing**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule* _____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■  Other document that requires a declaration   **Statement of Financial Affairs**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 6, 2023**    **X** */s/ Billy G. Savely, Sr.*
                                              Signature of individual signing on behalf of debtor

                                              **Billy G. Savely, Sr.**
                                                Printed name

                                                **President**
                                                Position or relationship to debtor

Fill in this information to identify the case:

Debtor name   **Lafayette Home Improvements, LLC dba Southside Roofing**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*..................................................................................    $ _____ 0.00

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*...............................................................................    $ _____ 731,609.69

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*..................................................................................    $ _____ 731,609.69

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $ _____ 165,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $ _____ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$ _____ 1,507,559.40

4. **Total liabilities** ..................................................................................................................
   Lines 2 + 3a + 3b          $     1,672,559.40

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Fill in this information to identify the case:

Debtor name **Lafayette Home Improvements, LLC dba Southside Roofing**

United States Bankruptcy Court for the: WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.     **Cash on hand** | **$2,713.88** |
| 2.     **Cash on hand** | **$1,738.82** |

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
        Name of institution (bank or brokerage firm)      Type of account      Last 4 digits of account number

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**                          **$4,452.70**
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

    ☐ No. Go to Part 3.
    ■ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
        Description, including name of holder of deposit

        7.1.    **L.U.S. for office**                         **$250.00**

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

| Debtor | **Lafayette Home Improvements, LLC dba Southside Roofing** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

9.      **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

| $250.00 |
|---|

**Part 3:**   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.

■ Yes Fill in the information below.

11.      **Accounts receivable**

11a. 90 days old or less:   **19,976.50**    -    **0.00**    = ....    **$19,976.50**

face amount                doubtful or uncollectible accounts

11a. 90 days old or less:   **146,263.77**    -    **0.00**    = ....    **$146,263.77**

face amount                doubtful or uncollectible accounts

11a. 90 days old or less:   **12,029.48**    -    **0.00**    = ....    **$12,029.48**

face amount                doubtful or uncollectible accounts

11b. Over 90 days old:   **376,137.24**    -    **0.00**    = ....    **$376,137.24**

face amount                doubtful or uncollectible accounts

12.      **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| $554,406.99 |
|---|

**Part 4:**   Investments

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.

☐ Yes Fill in the information below.

**Part 5:**   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.

☐ Yes Fill in the information below.

**Part 6:**   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

☐ Yes Fill in the information below.

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> **Desks (6), Computers (6), file cabinets (10), printer (lease), misc office supplies** | **Unknown** | | **$5,000.00** |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | |
|---|---|
| | **$5,000.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **Ford F150 truck 2018** | **$12,000.00** | | **$12,000.00** |
| 47.2.  **2020 Ford F150** | **$28,000.00** | | **$28,000.00** |
| 47.3.  **16 ft. utility trailer** | **$2,000.00** | | **$2,000.00** |
| 47.4.  **Gooseneck trailer** | **$5,000.00** | | **$5,000.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
| --- | --- | --- | --- |
| **T870 T4 Bobcat Compact Track Loader** | $0.00 | | $120,000.00 |
| **misc. hand tools, ladders, harnesses** | $0.00 | | $500.00 |

51. **Total of Part 8.**

    Add lines 47 through 50.  Copy the total to line 87.

    | $167,500.00 |
    | --- |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☑ No

    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

**Part 9:**     **Real property**

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.

☐ Yes Fill in the information below.

**Part 10:**     **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.

☐ Yes Fill in the information below.

**Part 11:**     **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.

☐ Yes Fill in the information below.

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,452.70 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $250.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $554,406.99 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $167,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $731,609.69 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $731,609.69 |

Debtor name  **Lafayette Home Improvements, LLC dba Southside Roofing**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

| 2.1 | **Ford Motor Credit** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | **$10,000.00** | **$13,000.00** |
| | | **2018 Ford F150** | | |
| | **330 Town Centre Dr.** | | | |
| | **Dearborn, MI 48126** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | | | |
| | | Is the creditor an insider or related party? | | |
| | | ☑ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☑ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply | | |
| | ☑ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| 2.2 | **Ford Motor Credit** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | **$25,000.00** | **$28,000.00** |
| | | **2020 Ford F150** | | |
| | **330 Town Center Dr.** | | | |
| | **Dearborn, MI 48126** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | | | |
| | | Is the creditor an insider or related party? | | |
| | | ☑ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☑ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply | | |

☐ **No**
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **TD Auto Finance** | Describe debtor's property that is subject to a lien | $10,000.00 | $12,000.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 100295
Columbia, SC 29202-3295**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Ford F150 truck 2018**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Wells Fargo** | Describe debtor's property that is subject to a lien | $120,000.00 | $120,000.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 3072
Cedar Rapids, IA 52406**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**T870 T4 Bobcat Compact Track Loader**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**1922**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   $165,000.00

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Richard Rozanski**<br>**P.O. Box 13199**<br>**Alexandria, LA 71315** | Line __2.2__ | |

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address<br>**ABC Supply-2**<br>**P.O. Box 842450**<br>**Dallas, TX 75284**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **0731** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **materials**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$176,537.35** |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Acadiana Sanitation**<br>**365 Cocodril Rd.**<br>**Scott, LA 70583**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **waste services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$320.00** |
| 3.3 | Nonpriority creditor's name and mailing address<br>**Acadiana Waste Service**<br>**P.O. Box 53426**<br>**Lafayette, LA 70505**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **waste services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,626.13** |
| 3.4 | Nonpriority creditor's name and mailing address<br>**American Express**<br>**c/o Zwicker & Associates, PC**<br>**80 Minuteman Road**<br>**Andover, MA 01810-1008**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **1007** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$59,362.78** |

23-50721 - #1  File 10/06/23  Enter 10/06/23 14:29:02  Main Document  Pg 16 of 42

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $237,410.27 |
|---|---|---|---|

**Beacon**
**3004 Cameron Street**
**Lafayette, LA 70506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **materials**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,978.13 |
|---|---|---|---|

**Bottom Line Equipment LLC**
**401 Commercial Park**
**Broussard, LA 70518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3704**

Basis for the claim:  **equipment rental**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,918.80 |
|---|---|---|---|

**Castillo Roofing, LLC**
**4232 NW 13th St.**
**Oklahoma City, OK 73107-5030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,000.00 |
|---|---|---|---|

**Cox Media LLC**
**P.O. Box 849997**
**Dallas, TX 75284-9997**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **advertising**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,407.53 |
|---|---|---|---|

**Daily Advertiser**
**P.O. Box 677326**
**Dallas, TX 75267-7326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6186**

Basis for the claim:  **advertising**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,956.61 |
|---|---|---|---|

**Doug Ashy Building Materials**
**4950 Johnston St.**
**Lafayette, LA 70503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **materials**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,352.60 |
|---|---|---|---|

**Duhon Brothers Oil**
**818 S. Henry St.**
**Abbeville, LA 70510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7684**

Basis for the claim:  **materials**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,129.50 |
|---|---|---|---|
| | **EcoView of Acadiana**<br>**310 E. Gloria Switch Rd.**<br>**Lafayette, LA 70507** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,607.69 |
|---|---|---|---|
| | **Equipment Share**<br>**P.O. Box 650429**<br>**Dallas, TX 75265-0429** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: equipment rental | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,361.95 |
|---|---|---|---|
| | **Event Solutions**<br>**1701 W. Willow St.**<br>**Scott, LA 70583** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,000.00 |
|---|---|---|---|
| | **Fora Financial Business Loans, L**<br>**1385 Broadway 15th floor**<br>**New York, NY 10018** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,150.00 |
|---|---|---|---|
| | **Gray Media Group, Inc.**<br>**c/o Sandoz Law Offices**<br>**P.O. Box 579**<br>**Opelousas, LA 70571** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: advertising | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,138.93 |
|---|---|---|---|
| | **H&E Equipment Services**<br>**5407 Hwy. 90 East**<br>**Broussard, LA 70518** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number 2511 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $124,778.34 |
|---|---|---|---|
| | **KATC**<br>**P.O. Box 203584**<br>**Dallas, TX 75320-3584** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: advertising | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61,167.00 |
|---|---|---|---|

**KLFY**
P.O. Box 743299
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** advertising

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,150.00 |
|---|---|---|---|

**KPLC**
P.O. Box 14200
Tallahassee, FL 32317-4200

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** advertising

Last 4 digits of account number  5188

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,800.00 |
|---|---|---|---|

**Lloyd Advertising**
P.O. Box 5777
Alexandria, LA 71307

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** advertising

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $243,765.70 |
|---|---|---|---|

**LWCC**
P.O. Box 919142
Dallas, TX 75391

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Workers Comp audit

Last 4 digits of account number  4479

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,272.20 |
|---|---|---|---|

**Mulligan Funding, LLC**
4715 Viewridge Ave., Suite 100
San Diego, CA 92123

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** loan

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**Networks Adjusters, Inc.**
P.O. Box 9035
Farmingdale, NY 11735

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** advertising

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,158.00 |
|---|---|---|---|

**Oge's Rent-All**
129 Banks Avenue
Lafayette, LA 70506

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** equipment rental

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $26,141.86 |
|---|---|---|---|

**Onebane Law Firm**
P.O. Box 3507
Lafayette, LA 70502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>attorney fees</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,445.67 |
|---|---|---|---|

**Otto Hebert Lumberyard, Inc.**
P.O. Box 430
Delcambre, LA 70528

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>materials</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,400.00 |
|---|---|---|---|

**Overhead Door Company**
P.O. Box 80797
Lafayette, LA 70506

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>materials</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $150,000.00 |
|---|---|---|---|

**SBA**
P.O. Box 3918
Portland, OR 97208-3918

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>loan</u>

Last 4 digits of account number <u>7904</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $700.00 |
|---|---|---|---|

**St. Landry Chamber of Commerce**
109 W. Vine St.
Opelousas, LA 70570

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,570.79 |
|---|---|---|---|

**St. Landry Lumber**
P.O. Box 1041
Opelousas, LA 70571

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>materials</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,102.71 |
|---|---|---|---|

**Waste Management**
P.O. Box 55558
Boston, MA 02205-5558

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>waste services</u>

Last 4 digits of account number <u>3003</u>

Is the claim subject to offset? ■ No ☐ Yes

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,048.86 |
|---|---|---|---|

**Work Designs**
P.O. Box 728
Eunice, LA 70535

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  art work - advertising

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 |
|---|---|---|---|

**Youngsville Sports Complex**
P.O. Box 311
Youngsville, LA 70592

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:  List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Christopher Vitenas**<br>**Baker, Donelson**<br>**450 Laurel St., 21st floor**<br>**Baton Rouge, LA 70801** | Line  3.1 <br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Edward Bukaty, III**<br>**One Galleria Blvd, Suite 1810**<br>**Metairie, LA 70001** | Line  3.32 <br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Steven V. Foss**<br>**4950 Johnston St.**<br>**Lafayette, LA 70503** | Line  3.10 <br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 1,507,559.40 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 1,507,559.40 |

Fill in this information to identify the case:

Debtor name    **Lafayette Home Improvements, LLC dba Southside Roofing**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest    **copy machine** | |
|     State the term remaining | **Digitech Office Machines** |
|     List the contract number of any government contract | **P.O. Box 660831**<br>**Dallas, TX 75266-0831** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest    **CRM system - operating system** | |
|     State the term remaining | **JobNimbus** |
|     List the contract number of any government contract | **3451 Triumph Blvd., Suite 650**<br>**Lehi, UT 84043** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest    **Roof contract with St. Landry Parish Government (in default)** | |
|     State the term remaining | **St. Landry Parish Jail** |
|     List the contract number of any government contract | **108 South Market**<br>**Opelousas, LA 70571** |

**Fill in this information to identify the case:**

Debtor name   **Lafayette Home Improvements, LLC dba Southside Roofing**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   **Denise Savely** | **255 Cankton Rd.**<br>**Carencro, LA 70520** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2   **Evan Edmondson** | **106D Bourque Rd.**<br>**Lafayette, LA 70506** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.3   **Joby John** | **115 Canterbury Rd.**<br>**Lafayette, LA 70503** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

Official Form 206H                Schedule H: Your Codebtors                Page 1 of 1

Fill in this information to identify the case:

Debtor name    **Lafayette Home Improvements, LLC dba Southside Roofing**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF LOUISIANA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ■ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|---|
| 3.1. | **Beacon**<br>**3004 Cameron St.**<br>**Lafayette, LA 70506** | 7/3/23-8/30/23 | $132,141.45 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **Custom Sheet Metal**<br>**528 N. University**<br>**Lafayette, LA 70505** | 7/13/23-8/31/23 | $14,684.55 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.3. | **Dennys Bros Construction**<br>**408 Winn Rd.**<br>**Sunset, LA 70584** | **7/13/23-8/31/23** | **$41,900.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | **Elite Roofing**<br>**1208 Rue Du Belier**<br>**Lafayette, LA 70506** | **7/31/23-9/22/23** | **$20,593.30** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | **Elitza Marbely Nunez**<br>**216 Hebert Rd.**<br>**Lafayette, LA 70506** | **7/7/23-9/26/23** | **$36,748.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. | **Evin Leonardo DeLeon Morales**<br>**3201 Kaliste Saloom Rd.**<br>**Lafayette, LA 70508** | **7/7/23-9/27/23** | **$14,413.27** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. | **First Insurance Funding**<br>**450 Skokie Blvd, Suite 1000**<br>**Northbrook, IL 60062** | **7/6/23-8/22/23** | **$10,993.82** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.8. | **H&E Equipment Services**<br>**5407 Hwy. 90 East**<br>**Broussard, LA 70518** | **7/5/23-8/16/23** | **$21,138.93** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9. | **Jason Fernell**<br>**427 Louveteau Rd.**<br>**Carencro, LA 70520** | **7/14/23-9/22/23** | **$9,349.82** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. | **Justin Spell**<br>**3705 Chataignier Rd.**<br>**Ville Platte, LA 70586** | **7/7/23-9/14/23** | **$10,840.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.11. **Kevin Cortez**<br>13761 Explores Ave<br>New Orleans, LA 70129 | 7/10/23-7/21/23 | $20,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. **Monica Boyer**<br>1214 Rue Du Belier<br>Lafayette, LA 70506 | 7/21/23-9/22/23 | $9,497.91 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.13. **Evan Edmondson**<br>106 D Bourque Rd.<br>Lafayette, LA 70506 | 7/28/23-8/31/23 | $9,566.48 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.14. **Mulligan Funding**<br>4715 Viewridge Ave, Suite 100<br>San Diego, CA 92123 | 7/3/23-8/14/23 | $15,241.45 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. **Advanced Building Products**<br>127 Amedee Drive<br>Scott, LA 70583 | 8/16/23-9/26/23 | $13,330.31 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16. **Gerson Palma Construction LLC**<br>204 Pecan Grove Rd., Lot B<br>Scott, LA 70583 | 7/28/23-9/1/23 | $8,516.04 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Nicholas Simon, et al v. Lafayette Home Improvements LLC, et al<br>20221898 | | 15th Judicial District Court<br>800 S. Buchanan St.<br>Lafayette, LA 70502 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Hollie Centeno v. Lafayette Home Improvements, LLC, etal<br>6:23-CV-01067-RRS-CBW | | Western District of Louisiana<br>800 Lafayette St.<br>Lafayette, LA 70502 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Doug Ashy Building Materials, Inc v. Lafayette Home Improvements. LLC, et al<br>20233980 | | 15th Judicial District Court<br>800 S. Buchanan St.<br>Lafayette, LA 70502 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Johnson Sheet Metal v. Lafayette Home Improvements<br>20233717 | | 15th Judicial District Court<br>800 S. Buchanan St.<br>Lafayette, LA 70502 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | Beacon Sales Acquisition, Inc. v. Lafeytte Home Improvements, LLC, et al<br>23SL-CC03292 | | 21st Judicial Circuit Court<br>St. Louis County Court Building<br>105 South Central Ave.<br>Saint Louis, MO 63105 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | American Builders & Contractors Supply Co, Inc. v. Lafayette Home Improvements, LLC<br>2022-6249 | | 15th Judicial District<br>800 Buchanan St.<br>Lafayette, LA 70502 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **John Doe**<br>**unknown** | **gave away roof every quarter for the past 2 years** | | **Unknown** |
| | Recipients relationship to debtor | | | |

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Kent Aguillard, Attorney at Law**<br>**141 S. 6th St.**<br>**Eunice, LA 70535** | | **8/1/23** | **$10,000.00** |
| | Email or website address<br>**kent@aguillardlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within

2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Kenny Toups, CPA**<br>**2511 Verot School Rd.**<br>**Lafayette, LA 70508** | **2018 to date** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. **LWCC**<br>**P.O. Box 919142**<br>**Dallas, TX 75391** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Home Bank**<br>**503 Kaliste Saloom Rd.**<br>**Lafayette, LA 70508** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Billy Savely** | **1214 Rue Du Belier Lafayette, LA 70506** | **President** | **74%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Joby John** | **115 Canterbury Rd. Lafayette, LA 70503** | | **25%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Evan Edmondson** | **106D Bourque Rd. Lafayette, LA 70506** | | **1%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___**October  6, 2023**___

**/s/ Billy G. Savely, Sr.** _____   **Billy G. Savely, Sr.** _____
Signature of individual signing on behalf of the debtor   Printed name

Position or relationship to debtor   **President** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Western District of Louisiana

In re    __Lafayette Home Improvements, LLC dba Southside Roofing__      Case No. _____
                                                      Debtor(s)         Chapter    __7__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................. $ _____ **9,662.00**

   Prior to the filing of this statement I have received ................... $ _____ **9,662.00**

   Balance Due ................................................................... $ _____ **0.00**

2. $ __338.00__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Advise debtor as to business bankruptcy, preparation of schedules, attend 341 meeting, cooperate with trustee, and represent debtor until attorney withdraws.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtor(s) in any adversary proceedings.**

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

__October 6, 2023__                     **/s/ H. Kent Aguillard**
*Date*                                         **H. Kent Aguillard 02354**
                                                   *Signature of Attorney*
                                                   **H. Kent Aguillard**
                                                     **141 South 6th Street**
                                                     **Eunice, LA 70535**
                                                     **337-457-9331**
                                                     **kent@aguillardlaw.com**
                                                     *Name of law firm*

ABC Supply-2
P.O. Box 842450
Dallas, TX 75284


Acadiana Sanitation
365 Cocodril Rd.
Scott, LA 70583


Acadiana Waste Service
P.O. Box 53426
Lafayette, LA 70505


American Express
c/o Zwicker & Associates, PC
80 Minuteman Road
Andover, MA 01810-1008


Beacon
3004 Cameron Street
Lafayette, LA 70506


Bottom Line Equipment LLC
401 Commercial Park
Broussard, LA 70518


Castillo Roofing, LLC
4232 NW 13th St.
Oklahoma City, OK 73107-5030


Christopher Vitenas
Baker, Donelson
450 Laurel St., 21st floor
Baton Rouge, LA 70801


Cox Media LLC
P.O. Box 849997
Dallas, TX 75284-9997

Daily Advertiser
P.O. Box 677326
Dallas, TX 75267-7326


Denise Savely
255 Cankton Rd.
Carencro, LA 70520


Digitech Office Machines
P.O. Box 660831
Dallas, TX 75266-0831


Doug Ashy Building Materials
4950 Johnston St.
Lafayette, LA 70503


Duhon Brothers Oil
818 S. Henry St.
Abbeville, LA 70510


EcoView of Acadiana
310 E. Gloria Switch Rd.
Lafayette, LA 70507


Edward Bukaty, III
One Galleria Blvd, Suite 1810
Metairie, LA 70001


Equipment Share
P.O. Box 650429
Dallas, TX 75265-0429


Evan Edmondson
106D Bourque Rd.
Lafayette, LA 70506

Event Solutions
1701 W. Willow St.
Scott, LA 70583


Fora Financial Business Loans, L
1385 Broadway 15th floor
New York, NY 10018


Ford Motor Credit
330 Town Centre Dr.
Dearborn, MI 48126


Ford Motor Credit
330 Town Center Dr.
Dearborn, MI 48126


Gray Media Group, Inc.
c/o Sandoz Law Offices
P.O. Box 579
Opelousas, LA 70571


H&E Equipment Services
5407 Hwy. 90 East
Broussard, LA 70518


JobNimbus
3451 Triumph Blvd., Suite 650
Lehi, UT 84043


Joby John
115 Canterbury Rd.
Lafayette, LA 70503


KATC
P.O. Box 203584
Dallas, TX 75320-3584

```
KLFY
P.O. Box 743299
Atlanta, GA 30384


KPLC
P.O. Box 14200
Tallahassee, FL 32317-4200


Lafayette Parish Sheriff
P. O. Box 3508
Lafayette, LA 70502-3508


Lloyd Advertising
P.O. Box 5777
Alexandria, LA 71307


LWCC
P.O. Box 919142
Dallas, TX 75391


Mulligan Funding, LLC
4715 Viewridge Ave., Suite 100
San Diego, CA 92123


Networks Adjusters, Inc.
P.O. Box 9035
Farmingdale, NY 11735


Oge's Rent-All
129 Banks Avenue
Lafayette, LA 70506


Onebane Law Firm
P.O. Box 3507
Lafayette, LA 70502
```

Otto Hebert Lumberyard, Inc.
P.O. Box 430
Delcambre, LA 70528


Overhead Door Company
P.O. Box 80797
Lafayette, LA 70506


Richard Rozanski
P.O. Box 13199
Alexandria, LA 71315


SBA
P.O. Box 3918
Portland, OR 97208-3918


St. Landry Chamber of Commerce
109 W. Vine St.
Opelousas, LA 70570


St. Landry Lumber
P.O. Box 1041
Opelousas, LA 70571


St. Landry Parish Jail
108 South Market
Opelousas, LA 70571


Steven V. Foss
4950 Johnston St.
Lafayette, LA 70503


TD Auto Finance
P.O. Box 100295
Columbia, SC 29202-3295

```
Waste Management
P.O. Box 55558
Boston, MA 02205-5558


Wells Fargo
P.O. Box 3072
Cedar Rapids, IA 52406


Work Designs
P.O. Box 728
Eunice, LA 70535


Youngsville Sports Complex
P.O. Box 311
Youngsville, LA 70592
```

**United States Bankruptcy Court**
**Western District of Louisiana**

In re   Lafayette Home Improvements, LLC dba Southside Roofing          Case No. _____

                                         Debtor(s)          Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **October  6, 2023** _____          **/s/ Billy G. Savely, Sr.** _____

                                               **Billy G. Savely, Sr./President**
                                               Signer/Title

# United States Bankruptcy Court
## Western District of Louisiana

In re   <u>**Lafayette Home Improvements, LLC dba Southside Roofing**</u>     Case No.   <u> </u>

Debtor(s)     Chapter   <u>**7**</u>

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   <u>**Lafayette Home Improvements, LLC dba Southside Roofing**</u>   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

<u>**October 6, 2023**</u>
Date

/s/ **H. Kent Aguillard**
**H. Kent Aguillard 02354**
Signature of Attorney or Litigant
Counsel for   <u>**Lafayette Home Improvements, LLC dba Southside Roofing**</u>
**H. Kent Aguillard**
**141 South 6th Street**
**Eunice, LA 70535**
**337-457-9331**
**kent@aguillardlaw.com**