UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE | * | CASE NO. 23-50721 |
| | * | |
| LAFAYETTE HOME | * | CHAPTER 7 |
| IMPROVEMENTS, LLC | * | |
| | * | HON. JOHN W. KOLWE |
| DEBTOR | * | |

## CONSENT MOTION FOR RELIEF FROM STAY AND ABANDONMENT

**NOW INTO COURT**, through undersigned counsel, comes Wells Fargo Vendor Financial Services, LLC ("**WFVFS**"), a creditor and party in interest herein who, pursuant to 11 U.S.C. §§ 362 and Bankruptcy Rule 4001, requests an order lifting the automatic stay imposed by 11 U.S.C. § 362(d) of the Bankruptcy Code and authorizing and approving the Chapter 7 Trustee's abandonment of the estate's interest in and to that certain 2023 Bobcat T870 Compact Track Loader, Serial No. B47C20357, 2022 80 in. Industrial Grapple, Serial No. AFOPO6256, and 2022 96 in. Dozer Blade, Serial No. 224404237 (collectively, the "**Bobcat Equipment**") and authorizing and directing Lafayette Home Improvements, LLC (the "**Debtor**") to surrender possession of the Bobcat Equipment to WFVFS for the purpose of allowing WFVFS to enforce its rights and remedies in connection with its security interest therein, and in support thereof, represents as follows:

1.

On October 6, 2023 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under chapter 7 of the U.S. Bankruptcy Code and John Clifton Conine was appointed as the Chapter 7 Trustee (the "**Trustee**").

87442170_1

1

2.

The Court has jurisdiction in regard to this matter pursuant to 28 U.S.C. §§ 151, 157 and 1334.

3.

Venue is proper in this court pursuant to 28 U.S.C. § 1409 as the relief requested by this Motion constitutes a proceeding arising under and related to the bankruptcy case that is currently pending before this court.

4.

WFVFS extended a loan to the Debtor in the original principal amount of $133,743.50, to finance the Debtor's purchase of the Bobcat Equipment. The loan is evidenced by, among other things, the following documents (the "**Loan Documents**"):

a. Master Loan and Security Agreement dated November 22, 2022 (the "**Master Agreement**," a copy of which is attached hereto as **Exhibit 1**);

b. Equipment Schedule (the "**Schedule**," a copy of which is attached hereto as **Exhibit 2**).

5.

Pursuant to the terms of the Loan Documents, Debtor granted WFVFS a first priority security interest in the Bobcat Equipment as security for the payment and performance of Debtor's obligations to WFVFS, including, without limitation, Debtor's obligations under the Loan Agreement.

6.

WFVFS's security interest in the Bobcat Equipment was perfected through the filing of a UCC-1 Financing Statement in the official records of Lafayette Parish, Louisiana on November 30, 2022, as file number 28-541470 (the "**Financing Statement**," a copy of which is attached hereto as **Exhibit 3**).

7.

The total amount of WFVFS's claim against Debtor for amounts owed in connection with the Loan Agreement as of the Petition Date is $132,448.81. WFVFS estimates that the Fair Market Value of the Bobcat Equipment is $87,000, although WFVFS has not conducted a physical inspection of the Bobcat Equipment and does not have any information regarding the present condition of the Bobcat Equipment.

8.

On November 6, 2023, WFVFS timely filed a proof of claim into the claims registry of this case, which was assigned Claim No. 3, which further evidences the amount of WFVFS's claim, the estimated value of the Bobcat Equipment, and includes copies of the Loan Documents and Financing Statement.

9.

In its schedules, the Debtor estimated that the Bobcat Equipment was worth $120,000.00. *See* Debtor's Schedule D, Sec. 2.4, Doc. 1, p. 14.

## **REQUEST FOR RELIEF FROM STAY AND ABANDONMENT**

10.

The United States Bankruptcy Code provides that:

> On request of a party in interest and after notice and a hearing, this court shall grant relief from the stay provided under subsection (a) of this section, such as by terminating, annulling, modifying, or conditioning such stay:
>
> (1) for cause, including the lack of adequate protection of an interest in property of such party in interest;
>
> (2) with respect to a stay of an act against property under subsection (a) of this section, if –
>
> > (A) the debtor does not have an equity in such property; and

3

87442170_1

        (B)  such property is not necessary to an effective reorganization.

11 U.S.C. § 362(d)(1)-(2).

11.

The Debtor does not have any equity in the Bobcat Equipment. To the extent that there was some minimal equity at the Petition Date, any such equity has been, or will be, consumed by post-petition interest and attorneys' fees that have accrued, and will continue to accrue, after the Petition Date.

12.

Because this is a chapter 7, there is no reorganization or possibility of a reorganization.

13.

Moreover, stay relief and the Trustee's abandonment of the estate's interest in the Bobcat Equipment is appropriate because the retention of the Bobcat Equipment will create a burden on the estate because of costs related to storing and insuring the Bobcat Equipment.

14.

Undersigned counsel represents that he has consulted with the Trustee and Debtor's counsel regarding the representations and requests included herein and that the Trustee and Debtor agree that the Bobcat Equipment does not provide a benefit to the estate, the Debtor likely has no equity in the Bobcat Equipment, and the Trustee therefore consents to the stay relief requested herein and requests the Court approve the Trustee's abandonment of the estate's interest in the Bobcat Equipment.

15.

Moreover, the Debtor has agreed to surrender possession of the Bobcat Equipment to WFVFS upon entry of the order lifting the stay and authorizing the Trustee's abandonment of the Bobcat Equipment.

16.

Accordingly, WFVFS respectfully requests that the Court enter an Order lifting the stay pursuant to 11 U.S.C. § 362(d)(1) and (2) to allow for WFVFS to exercise all of its contractual and legal rights against the Bobcat Equipment, including, without limitation, the right to take possession of, and sell or otherwise dispose of, the Bobcat Equipment and to contact Debtor and the Debtor's representatives concerning the Bobcat Equipment for the purposes of exercising WFFVS's rights, liens and security interest in the Bobcat Equipment.

17.

WFVFS further respectfully requests that the Court approve the Trustee's abandonment of the estate's interest in the Bobcat Equipment and respectfully requests that the Court authorize and direct the Debtor to surrender possession of the Bobcat Equipment to WFVFS.

18.

**WHEREFORE**, WFVFS prays that this Honorable Court grant this motion and:

(a) Enter an Order to lift the automatic stay so as to permit and allow WFVFS to exercise all of its contractual and legal rights against the Bobcat Equipment, including, without limitation, the right take possession of the Bobcat Equipment for the purposes of selling or otherwise disposing of the Bobcat Equipment or otherwise exercising its security interest in and foreclose upon the Bobcat Equipment and to contact the Debtor or the Debtor's representatives

5

87442170_1

23-50721 - #11   File 11/07/23   Enter 11/07/23 14:36:04   Main Document   Pg 5 of 6

concerning the Bobcat Equipment to the extent necessary for WFVFS to exercise its rights and remedies in and to the Bobcat Equipment under Loan Documents and applicable law; and

(b) Enter an order approving and authorizing the Trustee's abandonment of the estate's interest in the Bobcat Equipment; and

(c) Enter an order authorizing and directing the Debtor to surrender possession of the Bobcat Equipment to WFVFS; and

(d) That the fourteen-day (14) day stay provided for by Bankruptcy Rule 4001(a)(3) be hereby waived with respect any order granting the relief prayed for herein; and

(e) Grant all other general and equitable relief as may be appropriate in this case.

Respectfully submitted, this 7th day of November, 2023.

        **ADAMS AND REESE, LLP**

        By: */s/ Mark J. Chaney, III*
        RICHARD A. AGUILAR (#17439), T.A.
        MARK J. CHANEY, III (#35704)
        701 Poydras Street, Suite 4500
        New Orleans, Louisiana 70139
        Telephone: (504) 581-3234
        Fax: (504) 586-6550
        richard.aguilar@arlaw.com
        mark.chaney@arlaw.com

        **Attorneys for Wells Fargo Vendor Financial Services, LLC**

87442170_1